United States District Court
Southern District of Texas
**ENTERED**
May 25, 2021
Nathan Ochsner, Clerk

PROB22B
(12/2016)

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>INTRA-DISTRICT TRANSFER OF JURISDICTION | DOCKET NUMBER:<br>5:19CR00363-002 |
|---|---|
| | DIVISION:<br>**Laredo** |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Cruz, Julian Richard** | NAME OF SENTENCING JUDGE:<br>**Diana Saldana** |
| | DATE OF SUPERVISION<br>From: **07/15/2020**<br>To: **07/14/2023** |

OFFENSE:

**Conspiracy to transport and move and attempt to transport and move an undocumented alien within the United States, by mean of transportation and otherwise in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i)**

| TRANSFERRING DIVISION U.S. PROBATION OFFICER:<br>Laura Cruz | RECEIVING DIVISION U.S. PROBATION OFFICER:<br>Jesus O. Lopez |
|---|---|

COMMENTS:

**ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District Of Texas, Laredo Division:

It is ordered that the jurisdiction of this offender be transferred to the United States District Court, Victoria Division. This Court expressly consents that the conditions and term of supervision may be modified, including revocation of supervision, by the receiving District Court without approval of this Court.

May 24, 2021
*Date*

Diana Saldana
United States District Judge